# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARL RISOLDI,** | : | **CIVIL ACTION NO. 1:19-CV-1506** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **PENNSYLVANIA TURNPIKE COMMISSION,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 7th day of January, 2020, upon consideration of defendant's motion (Doc. 6) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and the court noting that plaintiff agrees that dismissal of the instant complaint is appropriate, (see Doc. 15), it is hereby ORDERED that defendant's motion (Doc. 6) to dismiss is GRANTED and plaintiff's complaint (Doc. 1) is DISMISSED without prejudice to plaintiff's "right to assert otherwise valid claims in the future." The Clerk of Court shall mark the above-captioned case as CLOSED.

    /S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania